**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFF VAN LE, | Case No. CV 26-00587 PA (MAAx) |
| Plaintiff, | JUDGMENT OF DISMISSAL |
| v. | |
| U.S. CITIZENSHIP AND IMMIGRATION SERVICES, | |
| Defendants. | |

In accordance with the Court's May 15, 2026 Minute Order dismissing this action pursuant to Federal Rule Civil Procedure 4(m) and for failure to prosecute,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the action is dismissed without prejudice.

DATED: May 15, 2026

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE